UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE P. KRIEGMAN, as Chapter 11 Trustee for LLC America, <br><br>               Plaintiff,<br><br>         -against-<br><br>ALEX MIRROW and SAVE IT, LLC,<br><br>               Defendants. | **ORDER**<br><br>21 Civ. 3823 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The Court will conduct a conference in this matter on **Tuesday, June 14, 2022 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  Counsel for Plaintiff and counsel for Movant Fatima Mirrow shall be in attendance.

Dated:  New York, New York
           June 9, 2022

                                                            SO ORDERED.

                                                            _____
                                                             Paul G. Gardephe
                                                             United States District Judge