UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRUCE P. KRIEGMAN, as Chapter 11 Trustee for LLC America,

        Plaintiff,

-v-

FATIMA MIRROW,

        Movant,

-v-

ALEX MIRROW and SAVE IT, LLC,

        Defendants.

CIVIL ACTION NO.: 21 Civ. 3823 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 31, 2022, Plaintiff Bruce P. Kriegman ("Mr. Kriegman") filed a Motion for Contempt and to Compel. (ECF No. 44 (the "Motion")). To date, Movant Fatima Mirrow ("Ms. Mirrow") has not filed an opposition to the Motion. Accordingly, by **Friday, September 23, 2022**, Ms. Mirrow shall file her opposition to the Motion. Ms. Mirrow's failure to file an opposition will result in the Court deeming the Motion unopposed and issuing a decision based on Mr. Kriegman's Motion alone.

Dated:     New York, New York
            September 15, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**