UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE P. KRIEGMAN, as Chapter 11 Trustee for LLC America,<br><br>Plaintiff,<br><br>-v-<br><br>FATIMA MIRROW,<br><br>Movant,<br><br>-v-<br><br>ALEX MIRROW and SAVE IT, LLC,<br><br>Defendants. | CIVIL ACTION NO.: 21 Civ. 3823 (PGG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Tuesday, October 11, 2022 at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss Plaintiff's Motion for Contempt and to Compel. (See ECF No. 44).

Dated: New York, New York
September 27, 2022

SO ORDERED.

_Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**