UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE P. KRIEGMAN, as Chapter 11 Trustee for LLC America,<br><br>                Plaintiff,<br>-v-<br><br>FATIMA MIRROW,<br><br>                Movant,<br>-v-<br><br>ALEX MIRROW and SAVE IT, LLC,<br><br>                Defendants. | CIVIL ACTION NO.: 21 Civ. 3823 (PGG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

      Pursuant to the parties' representations at the telephonic discovery conference held today, November 18, 2022 (the "Conference"), the Court deems Plaintiff's Motion for Contempt and to Compel (ECF No. 44), and all outstanding issues relating to the subpoena to Movant Fatima Mirrow dated April 16, 2021, RESOLVED.

      The parties shall order a transcript of the Conference and file it on the docket. The parties shall complete the annexed transcript request from and submit one request to etranscripts@nysd.uscourts.gov by **Tuesday, November 22, 2022**.

      The Clerk of Court is respectfully directed to close ECF No. 44.

Dated:    New York, New York        SO ORDERED.
             November 18, 2022

                                                        _____
                                                         **SARAH L. CAVE**
                                                         **United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $6.66 | ○ | 3 Day $6.00 | ○ | 7 Day $5.34 | ○ | 14 Day $4.68 | ○ | 30 Day $4.02 | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

[ RESET ]  [ PRINT ]  [ SAVE ]  [ EMAIL ]