UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRUCE P. KRIEGMAN, as Chapter 11 Trustee for LLC America,

          Plaintiff,

    -against-

ALEX MIRROW and SAVE IT, LLC,

          Defendants.

**ORDER**

21 Civ. 3823 (PGG) (SLC)

PAUL G. GARDEPHE, U.S.D.J.:

        On April 29, 2021, Movant Fatima Mirrow moved to quash a subpoena to testify at a deposition in a civil action and a subpoena to provide documents, information, or objects or to permit inspection of a premises in a civil action. (Dkt. No. 2) On July 28, 2022, the deposition of Movant took place. (See Dkt. No. 42) Based on a November 18, 2022 conference, the assigned magistrate judge reports that all disputes regarding the subpoena have been resolved. (Dkt. No. 59)

        Accordingly, the Clerk of Court is directed to terminate any open motions, and to close this case.

Dated: New York, New York
       January 4, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge